UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**SAM EDWARD THURMOND, SR.** **PLAINTIFF**
**ADC #127149**

v.        **CASE NO. 4:09cv00875 BSM**

**BRIAN WILLIAMS, et al.** **DEFENDANTS**

Consolidated With:

**SAM EDWARD THURMOND, SR.** **PLAINTIFF**
**ADC #127149**

v.        **CASE NO. 4:09cv00958 GTE**

**BRIAN WILLIAMS, et al.** **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of February, 2010.

UNITED STATES DISTRICT JUDGE