**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

SAM EDWARD THURMOND, SR.                                                                    PLAINTIFF
ADC #127149

V.                                    NO: 4:09CV00875 BSM

BRIAN WILLIAMS *et al.*                                                                     DEFENDANTS

Consolidated With:

SAM EDWARD THURMOND, SR.                                                                    PLAINTIFF
ADC #127149

V.                                    NO: 4:09CV00958 GTE

BRIAN WILLIAMS *et al.*                                                                     DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

1

> 2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.
>
> 3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff filed *Thurmond v. Williams*, ED/AR No. 4:09CV875, on November 18, 2009. On December 28, 2009, Plaintiff filed *Thurmond v. Williams*, ED/AR No. 4:09CV958. Because the cases raised essentially identical claims, the cases were consolidated, with No. 4:09CV875 being the designated lead case (docket entry #5). That order also directed all future pleadings to be filed in the lead case.

On March 8, 2010, Plaintiff filed a motion to amend, in which he seeks to add as Defendants the Conway Chief of Police, and an additional police officer who allegedly conducted an improper photo lineup (docket entry #10). Plaintiff attempted to file that in case 4:09CV958. On March 11, 2010, Plaintiff filed a "Motion to Excuse Voluntary Dismissal" which he intended for case 4:09CV875 (docket entry #11).

Plaintiff's motion for a voluntary dismissal was not granted in 4:09CV875, but was denied as moot when the complaint was dismissed (docket entry #7). Accordingly, Plaintiff does not need to withdraw his motion for dismissal. Plaintiff's motion to amend names additional defendants, but even if granted would not change the fact that the Court should abstain from entertaining Plaintiff's constitutional claims at this time.

IT IS THEREFORE RECOMMENDED THAT Plaintiff's motion to amend (docket entry #10), and to withdraw his voluntary dismissal (docket entry #11) be DENIED.

DATED this __15__ day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE