UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**SAM EDWARD THURMOND, SR.**                                                       **PLAINTIFF**
**ADC #127149**

v.                                     **CASE NO. 4:09cv00875 BSM**

**BRIAN WILLIAMS et al.**                                                              **DEFENDANTS**

Consolidated With:

**SAM EDWARD THURMOND, SR.**                                                       **PLAINTIFF**
**ADC #127149**

v.                                     **CASE NO. 4:09cv00958 GTE**

**BRIAN WILLIAMS et al.**                                                              **DEFENDANTS**

**ORDER**

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After carefully considering the recommendation, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's motion to amend [Doc. No. 10], and to withdraw his voluntary dismissal [Doc. No. 11] are DENIED.

DATED this 26th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE